IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VFG LABAR, LLC, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 22-2436 |
| v. | : | |
| | : | |
| SIMPSON HOUSE, INC., d/b/a | : | |
| SIMPSON GLEN, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 24th day of June, 2024, it is **ORDERED** that Defendant Simpson House, Inc. d/b/a Simpson Glen's Motion to Dismiss Pursuant to Rule 12(b)(6), or in the Alternative, Motion to Transfer Venue Pursuant to 1404(a) (ECF No. 6) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- The motion to dismiss is **GRANTED** as to Count III (Tortious Interference with Prospective Business Relations) and Count IV (Fraudulent Misrepresentations) of Plaintiff VFG Labar, LLC's complaint. These two counts are **DISMISSED**.

- The motion to dismiss is **DENIED** as to Count II (Unjust Enrichment).

- The motion to transfer venue is **GRANTED**. This case is transferred to the United States District Court for the Middle District of Pennsylvania.

                                                                                              s/ANITA B. BRODY, J.
                                                                                               ANITA B. BRODY, J.